UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL B. SAUNDERS | : | 3:10CV410 (MRK) |
| V. | : | |
| COMMISSIONER, DEPARTMENT OF CORRECTION | : | August 30, 2010 |

FILED
2010 SEP -1  P 2: 47
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION FOR EXTENSION OF TIME

The petitioner, Randall B. Saunders, respectfully requests an additional 60 days to reply to the respondent's motion to dismiss. The subject motion was hand-delivered on August 26, 2010 to Enfield Correctional at 3:30 P.M. The petitioner is held in restrictive conditions without access to legal material. He is reliant on his power of attorney, whom is the legal custodian of his voluminous case file, to obtain legal research.

At approximately 8 P.M. on August 26, 2010 all material relevant to the objection was requested and will be sent accordingly.

This is the first request for an extension of time and the respondent will be notified by way of this request. This request is made pursuant by Rule 12 of Connecticut Rules of Federal Procedure.

Respectfully submitted,

/s/ RBS

Randall B. Saunders, petitioner

## CERTIFICATE OF SERVICE

On <u>August 30, 2010</u> I served this motion within by depositing a true copy thereof in a postage prepaid envelope in a depository within the exclusive care of the United States Postal Service addressed to all parties of record.

Randall B. Saunders

Tamara Grosso, Esq.
300 Corporate Place
Rocky Hill, CT 06067


Randall B. Saunders
P.O. Box 1500
Enfield, CT 06082