UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| RANDALL B. SAUNDERS | : | PRISONER<br>CIVIL NO. 3:10CV410 (MRK) |
| V. | : |  |
| COMMISSIONER,<br>DEPARTMENT OF CORRECTION | :<br>: | OCTOBER 8, 2010 |

**APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant Commissioner, Department of Correction, in the above-captioned case.

Dated at Hartford, Connecticut, this 8th day of October, 2010.

DEFENDANT
Commissioner,
Department of Correction

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  steven.strom@ct.gov
Federal Bar #ct01211

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 8th day of October, 2010:

    Randall B. Saunders, Inmate #253100
    Enfield Correctional Institution
    289 Shaker Road
    P.O. Box 1500
    Enfield, CT 06082

    Michael E. O'Hare
    Assistant State's Attorney
    Office of the Chief State's Attorney
    300 Corporate Place
    Rocky Hill, CT 06067

    Tamara A. Grosso
    Assistant State's Attorney
    Office of the Chief State's Attorney
    300 Corporate Place
    Rocky Hill, CT 06067

    _/s/_____
    Steven R. Strom
    Assistant Attorney General