UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RANDALL B. SAUNDERS         :     PRISONER
                                     CIVIL NO. 3:10-CV- 410 - (MRK)

    V.                               :

COMMISSIONER OF CORRECTION     :     OCTOBER 15, 2010

## DECLARATION OF CAPTAIN VINTON
## UNDER PENALTY OF PERJURY
## PURSUANT TO 28 USC §1746

I, Captain Vinton, declare and state as follows:

1.     I am employed by the Connecticut Department of Correction (DOC) as a Captain at Enfield CI. I have personal knowledge of the matters stated herein. I have been employed by DOC for approximately twenty three and one-half (23 ½) years.

2.     Regarding the mail for Inmate Saunders – Inmate Saunders approached me and told me that legal mail had been sent via FedEx that he had not received.

3.     He informed me that the person that had sent the mail showed a delivery confirmation of 9/24/2010 and 9/25/2010. I don't remember what day we spoke about this but I can safely assume it was after those dates.

4.     I informed Inmate Saunders at that time that all legal mail received at this facility was handed out daily, but I would check with my staff to ensure we did not have it (after checking I confirmed it was not at this facility).

5.      I spoke again with Inmate Saunders on or about 10/1/2010. Inmate
        Saunders again informed me he had not received the legal mail.

6.      I then contacted Ron Niderno at the mail room and he informed me all
        FedEx mail was routed through the Warehouse.

7.      I contacted Jose Conception at the Warehouse who told me they would
        look for it.

8.      On 10/04/2010, the missing  mail was delivered to my office and it was
        checked and given to Inmate Saunders.

9.      I have attached hereto true and accurate copies of documents from Inmate
        Saunders inmate master file that bear his true signature.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on
October 15, 2010.


                                        Captain Vinton
                                        Captain Vinton
                                        Enfield CI

## Receipt of Inmate Handbook

My signature below indicated that I have a copy of the MWCI Inmate Handbook dated June 2002.

I understand that I am responsible for the contents of the Handbook and, if there is any part or section of the Handbook I do not fully comprehend, I am responsible to immediately seek clarification from a member of my Unit Staff.

SAUNDERS, RANDALL     253100     3.25.03
(Name)            (Inmate)         (Today's Date)

(Inmate Signature)

(Staff Signature)

# CONNECTICUT DEPARTMENT OF CORRECTION
## MacDOUGALL-WALKER CORRECTIONAL INSTITUTION
### NEW ADMISSION RECEIPT WAIVER

Inmate Name _SAUNDERS, RANDALL_          Number _253100_

**Personal Property in Inmate's possession upon arrival:**

| Items | Description | Amount or Size |
|-------|-------------|----------------|
| Hats  |             |                |
| Shirts | WHITE T   | 1              |
| Belts |             |                |
| Shorts | BOXER      | 1              |
| Pants |             |                |
| Socks | WHITE       | 1              |
| Shoes | REEBOK      | $2.11          |

**Jewelry in Inmate's possession upon arrival:**

| Items | Description | Maximum Amount |
|-------|-------------|----------------|
| Chain and Medallion | | $50.00 |
| Wedding Band | | $200.00 |
| Watch | | $50.00 |

I have chosen to keep the listed items in my possession while at this institution. I understand that watches and chains with medallions are not worth more than $50.00 and that wedding bands are not worth more than $200.00. I assume the safekeeping of these items while at this institution. I also understand that sneakers must be under $50.00 and only black, white or combination of black and white and that boots will be no higher than six (6) inches and only black or tan without steel toes or steel supports in them.

Inmate Signature  X R. E Saunders          Date 3·25·03

Staff Signature _____          Date 3·25·03
5/29/02

# CONNECTICUT DEPARTMENT OF CORRECTION
# MACDOUGALL CORRECTIONAL INSTITUTION
# NOTIFICATION AND ACKNOWLEDGEMENT

I HAVE BEEN ADVISED THAT THE COMMISSIONER OF THE DEPARTMENT OF CORRECTION HAS ADOPTED REGULATIONS PERTAINING TO MAIL AND TELEPHONE USE, AND THAT THESE REGULATIONS ARE CONTAINED IN SECTIONS 18-81-28 THROUGH 18-81-51 OF THE REGULATIONS OF CONNECTICUT STATE AGENCIES. THESE REGULATIONS PROVIDE, IN PART, THAT:

FROM "COLLECT CALL ONLY" TELEPHONES: OUTGOING PHONE CALLS FROM "COLLECT CALL ONLY" TELEPHONES, INCLUDING THE NUMBER CALLED, SHALL BE RECORDED AND MAY BE LISTENED TO.

CALLS TO PRIVILEGED CORRESPONDENT: AN INMATE MAY REQUEST, IN WRITING, TO MAKE PREARRANGED COLLECT TELEPHONE CALL TO A PRIVLEGED CORRESPONDENT, ON A NON-COLLECT CALL TELEPHONE, WITH OUT THE CALL BEING RECORDED OR LISTENED TO. "PRIVLEGED CORRECRONDENT" MEANS AN ATTORNEY (INCLUDING ORGANIZATIONS PROVIDING LEGAL SERVICE TO INMATES), CONNECTICUT CORRECTIONAL OMBUDSMAN AND TO FEDERAL, STATE, AND LOCAL (E.G., MUNICIPAL, COUNTY, OR TOWN) ELECTED OR APPOINTED OFICIALS, INCLUDING BUT NOT LIMITED TO THE FOLLOWING: ANY JUDGE OR COURT, THE GOVERNOR, THE LEGISLATURE, THE ATTORNEY GENERAL, THE COMMISSIONER OF CORRECTIONS, OR ANY DEPARTMENT OFFICIAL APPOINTED BY THE COMMISSIONER, THE BOARD OF PAROLE, THE SENTENCING REVIEW COMMITTEE, THE COMMISSIONER ON HUMAN RIGHTS AND OPPORTUNITIES, THE STATE CLAIMS COMMISSIONER, THE BOARD OF PARDON, AND ELECTED GOVERNMENTAL OFFICIALS.

LISTENING TO NON-RECORDED TELEPHONE CALLS: NON-PRIVILEGED TELEPHONE CALLS CONDUCTED ON NON-RECORDED TELEPHONE LINES SHALL BE PLACED BY DEPARTMENT OF CORRECTION STAFF AND MAY BE LISTENED TO (E.G., ON AN EXTENTION LINE). THE INMATE AND THE PARTY CALLED SHALL BE INFORMED THAT THE CALL WILL BE LISTENED TO, BOTH SHALL AGREE TO THE ARRANGEMENT WITH THE INMATE SIGNING A STATEMENT AGREEING TO SUCH.

I HEREBY ACKNOWLEDGE THAT I HAVE BEEN NOTIFIED OF THE FOREGOING.

INMATE NAME _Saunders, Randall_     INMATE NUMBER _253100_

INMATE SIGNATURE _X_     DATE _3·25·03_

MY FAILURE TO ACKNOWLEDGE THE ABOVE NOTIFICATION WILL BE SO NOTED BELOW, AND I WILL BE SUBJECT TO FORFEITURE OF ALL PRIVILEGES WITH REGUARDS TO THE USE OF COLLECT- CALL ONLY TELEPHONS. NOT WITH STANDING THE FAILURE TO SIGN THIS ACKNOWLEDGMENT, PRIVILGED TELEPHONE CALLS WILL BE REASONABLY ACCOMMODATED.

INMATE _R. B. Syla_     INMATE NUMBER _____

REFUSED TO SIGN THIS NOTIFICATION AND ACKNOWLEDGEMENT.   DATE _____

I HEREBY CERTIFY THAT THE ABOVE INFORMATION WAS PROVIDED TO THE ABOVE INMATE.

STAFF WITNESS _____     DATE _3·25·03_

TOTAL P.07

RESPONDENT
Commissioner of Correction

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     *Steven R. Strom*

Steven R. Strom
Assistant Attorney General
Mackenzie Hall
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808 5591
Federal Bar No.  ct01211
steven.strom@ct.gov

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this

15th day of  October, 2010:

Randall Saunders #253100
Enfield  Correctional Institution
P.O. Box 1500
Enfield, CT 06082

Michael E. O'Hare, Esq.
Tamara A. Grosso, Esq.
Office of the Chief State's Attorney
Civil Litigation Unit
300 Corporate Place
Rocky Hill, CT 06067

*Steven R. Strom*

Steven R. Strom
Assistant Attorney General