UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RANDALL BROOKS SAUNDERS
                                        PRISONER

   v.                         CIVIL NO. 3:10cv410 (MRK)

COMMISSIONER

## J U D G M E N T

The cause came on for consideration on the motion to dismiss the petition for writ of habeas corpus before the Honorable Mark R. Kravitz, United States District Judge.

The Court has considered the motion and all of the related papers. On February 15, 2011, the Court filed its Ruling and Order granting the motion to dismiss, dismissing the petition without prejudice and declining to issue a certificate of appealability.

It is therefore, **ORDERED** and **ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice and the case is closed.

Dated at Bridgeport, Connecticut this 15th day of February, 2011.

                                          ROBERTA D. TABORA, Clerk

                                          By /s/ Cynthia Earle

                                                Cynthia Earle
                                                Deputy Clerk

Entry on Docket _____